

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTONIO COULTER | : | CIVIL ACTION |
| v. | : | |
| STEVEN GLUNT, et al. | : | NO. 15-2785 |

**FILED**

MAY 10 2016

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

**AND NOW**, this 9th day of May, 2016, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Thomas J. Rueter, United States Magistrate Judge, it is hereby

## ORDERED

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is **DENIED**; and

3. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
WENDY BEETLESTONE,         J.